UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORTANA GLOBAL LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-3612-RCL |
| ) | |
| DIVERSE GROWTH PARTNERS, PRIVATE ) | |
| MARKETS CAPITAL LLC, DEYLON ) | |
| LOWE, *and* ESBE JALLOH A/K/A ) | |
| SOLOMON JALLOH, ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER

Pending before the Court is Plaintiff Cortana Global LLC's Motion for Extension of Temporary Restraining Order filed on October 21, 2025 (the "Motion"). Upon consideration of this Motion and the hearing on the Motion held on October 22, 2025, and for good cause shown, it is hereby **ORDERED** that:

The Temporary Restraining Order is hereby extended forty-five days. Defendants Esbe Jalloh and Private Markets Capital, LLC, through counsel, consented to the extension of the TRO at the hearing on the Motion held on October 22, 2025. Defendants Deylon Lowe and Diverse Growth Partners are deemed to have waived any objection to the extension by their failure to appear at the hearing. It is further **ORDERED** that Defendants' Opposition to the Motion for Preliminary Injunction is due in thirty days.

Date: 10-22-25
12:12 p.m.

Royce C. Lamberth
United States District Judge

1