# PLAINTIFF'S MOTION TO ENFORCE AMENDED SETTLEMENT AGREEMENT

# FILED UNDER SEAL