UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORTANA GLOBAL LLC<br><br>*Plaintiff,*<br><br>v.<br><br>DIVERSE GROWTH PARTNERS, PRIVATE MARKETS CAPITAL LLC, DELYON LOWE, ESBE JALLOH A/K/A SOLOMON JALLOH,<br><br>*Defendants.* | Case No.: 1:25-cv-3612-RCL |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Upon consideration of Plaintiff's Motion the Court HEREBY GRANTS the Plaintiff's Motion and FINDS as follows:

A. Cortana Global LLC has demonstrated by clear and convincing evidence that it formed a binding and enforceable agreement with Defendants Private Markets Capital and Esbe Jalloh a/k/a Solomon Jalloh in the form of the Amended Settlement Agreement;

B. Defendants Private Markets Capital and Esbe Jalloh a/k/a Solomon Jalloh are in breach of the Amended Settlement Agreement with an unsubstantial excuse for such nonperformance;

C. Cortana Global LLC has demonstrated that the terms of the Amended Settlement Agreement should be summarily enforced against Defendants Esbe Jalloh a/k/a Solomon Jalloh; and

D. In accordance with the Amended Settlement Agreement, Defendants Private Markets Capital and Esbe Jalloh a/k/a Solomon Jalloh owe Cortana Global LLC a total amount of $8,123,093.05;

1

IT IS HEREBY ORDERED THAT:

Within twenty-four (24) hours of receiving actual notice of this Order, Defendants Private Markets Capital and Esbe Jalloh a/k/a Solomon Jalloh shall initiate transfers of USDT (ERC20) to Cortana Global LLC's Trust Wallet as identified in the Amended Settlement Agreement in daily amounts no smaller than 81,300 USDT until Cortana Global LLC receives a total amount of 8,130,000 USDT (ERC20) in the Trust Wallet. This shall occur over a period of time not to exceed ten (10) days;

In the alternative, within ten (10) days, Defendants Private Markets Capital and Esbe Jalloh a/k/a Solomon Jalloh may satisfy the terms of the Amended Settlement Agreement by providing Cortana Global LLC with daily transfers of U.S. dollar amounts until Cortana Global LLC receives a total amount of $8,123,093.05.

In the interim, pursuant to Fed. R. Civ. P. 69, Cortana Global LLC is entitled to obtain discovery in aid of the judgment or execution in accordance with the rules and procedures of the District of Columbia.

SO ORDERED.

Dated this __23rd__ day of January, 2026 at ___12:40 p.m.___ O'clock.

By: _____
Royce C. Lamberth
United States District Judge