# **EXHIBIT 2**

# **EXHIBIT 2**

Docusign Envelope ID: 5C83E096-1B18-486F-96F7-5BA882E426C5

## **AMENDED CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE**

THIS AMENDMENT, effective January 6, 2026, is entered into by and between Cortana Global LLC ("Plaintiff" or "Cortana"), on the one hand, and, on the other hand, Private Markets Capital ("PMC") and (Esbe Jalloh a/k/a Solomon Jalloh) (collectively, "Settlement Defendant(s)") and amends the Confidential Settlement Agreement and Release between the Parties effective November 28, 2025 (the "Agreement"). All terms of this Amendment shall have the meaning ascribed to them in the Agreement unless otherwise defined herein.

WHEREAS, the Parties seek to amend the Agreement to reflect the changes set forth below;

WHEREAS, except as expressly amended herein, the terms of the Agreement shall remain in full force and effect; and

NOW THEREFORE, IT HEREBY IS AGREED by and between the Parties that the Agreement shall be amended as follows:

1. Term 2 of the Agreement is hereby replaced in its entirety with the following:

**Payment Protocol.** Within one (1) business day following the execution of this Amended Confidential Settlement Agreement and Release ("Amended Settlement Agreement"), Settlement Defendants shall execute a smart contract attached herein as Attachment C to begin to initiate the transfer of a total 8,130,000 USDT to the Trust Wallet address designated by the Plaintiff in Attachment D to this Amended Settlement Agreement. The transfers shall occur in daily tranches over the ten (10) days following the execution of this Amended Settlement Agreement until the Trust Wallet contains the equivalent of $8,123,093.05 USD (the "Settlement Amount") in USDT. ,Any remaining balance in the Trust Wallet that is above and beyond the Settlement Amount shall be returned to Settlement Defendants.

2. **Counterparts.** This Amended Settlement Agreement may be executed in counterparts by PDF, facsimile or similar electronic means, each of which shall have the effect of an original and all of which together shall constitute one and the same instrument.

3. **Authority of Signatories.** Each of the signatories to this Amended Settlement Agreement represents and warrants that he/she/it is duly and fully authorized to act for the Party on whose behalf he/she/it signs this Amended Settlement Agreement and that any and all required consents, authorizations or approvals have been obtained by or on behalf of such Party.

Dated: 1/7/2026

Cortana Global LLC

By: *Anthony Kerkar*
Anthony Kerkar
Owner/Manager

Dated: 1/7/2026

By: *Cameron Kerkar*
Cameron Kerkar
Owner/Manager

Dated: 1/7/2026

PRIVATE MARKETS CAPITAL

By: *Esbe Jalloh*
Esbe Jalloh

Dated: 1/7/2026

ESBE A/K/A SOLOMON JALLOH

By: *Esbe Jalloh*
Esbe Jalloh

2

## Attachment C

>>>>SMART CONTRACT<<<<
Wallet Name:

ASSETS: USDT.z (ZED20/BEP20) / USDT (ERC20)
TOTAL AMOUNT: 8,130,000 USDT.z/USDT
ORDER: PERPETUAL, GOOD TIL COMPLETION
TRANCHES: 10

***From Settlement Wallet Address:
Tether Balance: 100,000 USDT.z
Upload Amount: 8,130,000 USDT.z
Contract Address:

***Reserve USDT (ERC20) Wallet Address:

Tether Balance: 600,000,0027.79 USDT

Minimum Tranche Amount: 81,300 USDT.z/USDT
Transfer Amount: 8,130,000 USDT.z

>>>USDT.z/USDT SWAP Procedure<<<
Transfer USDT.z to > USDT Smart Contract (destination)
address:
Return > USDT (ERC20) 1:1 -3% slippage
Return Wallet Address:
Approximate Time Duration : 1hr

>>>Settlement Execution<<<
Upon USDT.z receipt;
Transfer Swap or Tranche to Receiver USDT (ERC20)Wallet Address:

(Automated Execution)

3

Docusign Envelope ID: 5C83E096-1B18-486F-96F7-5BA882E426C5

## Attachment D

| Description | Address |
|---|---|
| ████████ | ████████████████████ |