Also UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORTANA GLOBAL LLC** ) | |
|   ) | |
| *Plaintiff,* ) | |
|   ) | |
| v. ) | Case No.: 1:25-cv-3612-RCL |
|   ) | |
| **DIVERSE GROWTH PARTNERS, PRIVATE** ) | |
| **MARKETS CAPITAL LLC, DE'LYON** ) | |
| **LOWE, ESBE JALLOH a/k/a Solomon Jalloh** ) | |
|   ) | |
| *Defendants.* ) | |

**ORDER TO GRANT PLAINTIFF'S**
**MOTION FOR POST-JUDGMENT DISCOVERY**

Upon consideration of the Motion for Post-Judgment Discovery made by Plaintiff Cortana Global LLC and the entire record herein, and pursuant to Federal Rule of Civil Procedure 69(a)(2) and D.C. Superior Court Rule of Civil Procedure 69-I(b), it is hereby **ORDERED** that:

1. Plaintiff Cortana Global LLC's Motion for Post-Judgment Discovery is **GRANTED**; and further

2. **ORDERED** that the judgment debtor, Defendant Esbe Jalloh ("Jalloh"), shall appear personally before this Court on the __11__ day of __March__, 2026, at __11__ : __00__ __A__M, in Courtroom __15__ of the United States District Court for the District of Columbia at 333 Constitution Ave. NW, Washington, DC 20001, to be examined under oath concerning his assets, property, and ability to satisfy the judgment entered in this action; and further

3. **ORDERED** that Jalloh shall bring to the examination the following documents:

    a. Federal and state income tax returns for the last three (3) years;

    b. Bank and other financial account statements for the last six (6) months;

    c. Account and wallet information and balance associated with any cryptocurrency accounts;

    d. Documents evidencing ownership of any real property, vehicles, or other significant assets;

    e. Documents relating to any business interests, employment, or other sources of income; and

    f. Any other documents reasonably requested by Plaintiff in writing at least fourteen (14) days before the examination; and further

4. **ORDERED** that Plaintiff is entitled to attorneys fees related to this Rule 69(a)(2) motion and associated proceedings.

**SO ORDERED** this 6th day of: February, 2026.

                                Judge Royce C. Lamberth
                                United States District Court Judge