**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CORTANA GLOBAL, LLC,

    *Plaintiff,*

v.

DIVERSE GROWTH PARTNERS, *et al.,*

    *Defendants.*

**Case No. 1:25-cv-3612-RCL**

## ORDER

Defendant Solomon "Esbe" Jalloh's [55] Motion to Dismiss is **DENIED**. Defendant, appearing pro se, moves to dismiss for insufficient service of process. However, service is not at issue as Defendant's counsel, before subsequently withdrawing from representation, accepted service on Defendant's behalf on October 15, 2025. *See* ECF No. 18, at 2. In any event, Defendant's motion is untimely, as he was ordered to answer or otherwise respond by 12/10/2025. *See* ECF No. 27. Because the Court finds that service was proper, Defendant's [55] Motion to Quash is also **DENIED**. The Court previously mailed notice of the Discovery Hearing to Defendant at his address on record and will also mail notice of this Order.

It is further **ORDERED** that the Discovery Hearing which was previously set for 3/16/2026 and postponed due to inclement weather is rescheduled for 4/20/2026 at 4:00 PM in Courtroom 15 – in person before Judge Royce C. Lamberth.

**IT IS SO ORDERED.**

Date:   3.22.26

                  Royce C. Lamberth
                  United States District Judge

1