**Also UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CORTANA GLOBAL LLC**         ) | |
|             ) | |
|      *Plaintiff,*         ) | |
|             ) | |
|    v.              ) | **Case No.:  1:25-cv-3612-RCL** |
|             ) | |
| **DIVERSE GROWTH PARTNERS, PRIVATE**  ) | |
| **MARKETS CAPITAL LLC, DE'LYON**  ) | |
| **LOWE, ESBE JALLOH a/k/a Solomon Jalloh**  ) | |
|             ) | |
|      *Defendants*.     ) | |

**[PROPOSED] ORDER ISSUING**
**SUBPOENA DUCES TECUM**

Upon consideration of the Motion for Order Issuing Subpoena Duces Tecum made by Plaintiff Cortana Global LLC and the entire record herein, and pursuant to Federal Rule of Civil Procedure 69(a)(2) and D.C. Superior Court Rule of Civil Procedure 69-I(a), it is hereby **ORDERED** that:

1. Plaintiff Cortana Global LLC's Motion for Order Issuing Subpoena Duces Tecum is **GRANTED**; and further

2. **ORDERED** that the attached Subpoena Duces Tecum shall be issued to Assistant Deputy Chief Quentin Lowe and Probation Officer Michelle Singletary.

**SO ORDERED** this _____ day of: _____, 2026.

_____
Judge Royce C. Lamberth
United States District Court Judge