UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORTANA GLOBAL LLC,

    *Plaintiff,*

v.

                          **Case No. 1:25-cv-3612-RCL**

DIVERSE GROWTH PARTNERS,
PRIVATE MARKETS CAPITAL LLC,
DE'LYON LOWE, ESBE JALLOH a/k/a
Solomon Jalloh,

    *Defendants.*

## SHOW CAUSE ORDER

After the Plaintiff in this case filed a Motion for Post-Judgment Discovery, ECF No. 53, the Court ordered Defendant Esbe Jalloh to appear personally before the Court to be examined under oath concerning his assets, property, and ability to satisfy the judgment entered in this action. ECF No. 54. Defendant Jalloh did not appear at the scheduled time for the discovery hearing held on April 20, 2026. *See* Minute Entry for hearing held on 4/20/2026. It is hereby **ORDERED** that Defendant Jalloh shall, within ten (10) days of the date of this Order, show cause in writing as to why he should not be held in contempt for failing to appear before the Court as ordered. A Show Cause Hearing shall be scheduled thereafter.

    **IT IS SO ORDERED.**

Date: April 20, 2026

                                        Royce C. Lamberth
                                        United States District Judge

1