**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CORTANA GLOBAL LLC,

     *Plaintiff,*

v.                                                                    **Case No. 1:25-cv-3612-RCL**

DIVERSE GROWTH PARTNERS,
PRIVATE MARKETS CAPITAL LLC,
DE'LYON LOWE, ESBE JALLOH a/k/a
Solomon Jalloh,

     *Defendants.*

## ORDER

After the Plaintiff in this case filed a Motion for Post-Judgment Discovery, ECF No. 53, the Court ordered Defendant Esbe Jalloh to appear personally before the Court to be examined under oath concerning his assets, property, and ability to satisfy the judgment entered in this action. ECF No. 54.  Defendant Jalloh did not appear at the scheduled time for the discovery hearing held on April 20, 2026.  *See* Minute Entry for hearing held on 4/20/2026.  At that time, the Court ordered Jalloh to show cause in writing why he should not be held in contempt for failing to appear.  ECF No. 59.

On April 21, Jalloh responded to the Order to Show Cause, ECF No. 61, stating that he failed to appear for the April 20 hearing because of car troubles.  He claimed that he did not let the Court know of his delay immediately because his phone had died but emailed Chambers as soon as he was able to.  Jalloh asked the Court to reschedule the post-judgment discovery hearing for a new date.  Because Jalloh responded to the Order to Show Cause promptly and agreed to appear at a rescheduled hearing, the Order to Show Cause is hereby **DISCHARGED**.

1

The post-judgment discovery hearing is rescheduled for May 6, 2026 at 11:00 AM in-person in Courtroom 15. Jalloh is **ORDERED** to bring the same financial documents that he was ordered to bring to the originally scheduled hearing.

**IT IS SO ORDERED.**

Date: April 29, 2026

Royce C. Lamberth
United States District Judge