| Government | ☐ |
| Plaintiff | ✔ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

CORTANA GLOBAL LLC

VS.

DIVERSE GROWTH PARTNERS et al

Civil/Criminal No. 25cv3612

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Amended Confidential Settlement Agreement and Release | | 5/6/2026 | Esbe Jalloh | |
| 2 | Order Granting Plaintiff's Motion to Enforce Settlement Agreement | | 5/6/2026 | Esbe Jalloh | |
| 3 | US Probation, Prob 48 - Net Worth Statement | | 5/6/2026 | Esbe Jalloh | |
| 4 | Order Granting Plaintiff's Motion for Amended Temporary Restraining Order | | 5/6/2026 | Esbe Jalloh | |
| 5 | Bank Statement Received from Subpoena | | 5/6/2026 | Esbe Jalloh | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |