UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CAPITAL DISTRICT 208

4 MAR 2026 PM 2 L

US POSTAGE IMI PITNEY BOWES

ZIP 20001
02 7W
0008034592 FEB 27 2026

$ 000.74

FIRST-CLASS

U.S. District & Bankruptcy Courts
for the District of Columbia
Angela D. Caesar, Clerk

RECEIVED
MAILROOM
MAY 28 2026

esbe JALLOH
7238 MUNCASTER MILL DR. #141
DERWOOD, MD 20855

NIXIE        171    C&    1              2205/24/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001216799        *2217-05150-04-39

UTF

SMC

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA
### OFFICE OF THE CLERK
### E. BARRETT PRETTYMAN COURTHOUSE
### WASHINGTON, DC 20001

#### OFFICIAL BUSINESS

RECEIVED

Mailroom

JUN - 1 2026

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 20001 $ 000.74⁰
02 7W
0008034592 JAN 28 2026

esBe JALLOH
7238 MUNCASTER MILL DR. UNIT 141
DERWOOD, MD 20855

UTF

FWD
20855

NIXIE        171   CE 1           2205/24/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001                    *2931-06027-29-39

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

US POSTAGE PITNEY BOWES
ZIP 20001 $ 000.74°
02 7W
0008034592 APR 30 2026

CAPITAL DISTRICT
1 MAY 2026 PM 4 L
FIRST-CLASS

RECEIVED
MAILROOM
JUN - 1 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

2sher Jallow
7238 Muncaster mill Dr. #141
Derwood MD 20855

NIXIE        171  EE 1        2205/24/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001        *2417-00726-01-41

UTF

FWD

SMC

**UNITED STATES DISTRICT AND
BANKRUPTCY COURT**
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CAPITAL DISTRICT 208

21 APR 2026 PM 1 L

FIRST-CLASS

US POSTAGE ᴾᴮ PITNEY BOWES

ZIP 20001
02 7W
0008034592   APR 21 202

$ 000.74

esbe JALLOH
7238 MUNCASTER MILL DR., #141
DERWOOD, MD 20855

NIXIE        171    CE 1            2205/24/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 20001                *2117-05124-21-41

UTF

FWD
20855-121538

SMC

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

US POSTAGE PITNEY BOWES
ZIP 20001 $ 000.74
02 7W
0000034592 MAR 02 2026

CAPITAL DISTRICT 208
4 MAR 2026 PM 4 L
FIRST-CLASS

RECEIVED
MAILROOM
JUN - 1 2026
Angela D. Caesar, Clerk
U.S. District / Courts
for the District of Columbia

OSOE JALLOH
7238 MUNCASTER MILL DR. # 141
DERWOOD, MD 20855

NIXIE        171    CE  1        2205/24/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001        *2417-01864-04-41

20855-121536
20855-1215

UTF

SMC

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC  20001

OFFICIAL BUSINESS

CAPITAL DISTRICT 208

24 MAR 2026PM 3 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 20001
02 7W
0008034592 MAR 23 2026

$ 000.74

eSBe JALLOH
7238 MUNCASTER MILL DR. #141
DERWOOD, MD 20855

NIXIE        171   CE 1              2206/24/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001              *2317-04184-24-43

UTF

20855-127538
20855>1215

SMC

**UNITED STATES DISTRICT AND**
**BANKRUPTCY COURT**
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CAPITAL DISTRICT 208

17 MAR 2026PM 2 L

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 20001
02.7W
0008034592 MAR 16 2026

$ 000.74



eSBe JALLOH
7238 MUNCASTER MILL DR. #141
DERWOOD, MD 20855

NIXIE        171    CE 1              2205/24/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 20001            *2217-05624-17-43

UTF

FWD

SMC