**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CORTANA GLOBAL, LLC, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-03612-RCL |
| DIVERSE GROWTH PARTNERS, *et al.*, | |
| Defendants. | |

**NOTICE OF FIRM ADDRESS CHANGE OF SAUL EWING LLP**

**TO THE COURT AND FOR ALL COUNSEL:**

Please take note that the address for Saul Ewing LLP's Washington, D.C. has changed to the following:

**1800 -M- Street, NW, Suite 1000 North
Washington, DC 20036**

Telephone and telefax numbers remain the same. Counsel has also reported this change to the PACER system, as required by the Court. This change is for the Washington, D.C. office only. All other addresses and contact information remain the same.

Date: July 21, 2026

Respectfully submitted,

By:   */s/ Jason W. McElroy*
Jason W. McElroy (D.C. Bar No. 502733)
Brian P. Drockton (D.C. Bar No. 90021271)
Addie Lynch White (D.C. Bar No. 90029490)
SAUL EWING LLP
1800 -M- Street, NW, Suite 1000 North
Washington, D.C. 20036
Tel: (202) 295-6642
Fax:  (202) 337-6065
Email: jason.mcelroy@saul.com
        brian.drockton@saul.com
        addie.lynch@saul.com
***Counsel for Defendants Diverse Growth Partners
and De'Lyon Lowe***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 21, 2026, I filed the foregoing **NOTICE OF FIRM ADDRESS CHANGE OF SAUL EWING LLP** via the Court's CM/ECF system, which will serve the same on all parties and counsel of record.

*/s/ Jason W. McElroy*
Jason W. McElroy

***Counsel for Defendants Diverse Growth Partners and De'Lyon Lowe***

2